# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MARK S. HALPERN, ESQUIRE. HALPERN & LEVY, P.C., | : | No. 145 EM 2016 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN F. BROWN, JR., ESQUIRE, AND LYNNE BOGHOSSIAN, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 15th day of September, 2016, Petitioners' Emergency Petition for Grant of Extraordinary Jurisdiction is DENIED.